People v Perry (2025 NY Slip Op 00729)

People v Perry

2025 NY Slip Op 00729

Decided on February 06, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 06, 2025

Before: Manzanet-Daniels, J.P., Moulton, Mendez, Shulman, Higgitt, JJ. 

Ind No. 1389/21 Appeal No. 3635 Case No. 2023-04929 

[*1]The People of the State of New York, Respondent,
v
William Perry, Defendant-Appellant.

William Perry, appellant pro se.
Alvin L. Bragg, Jr., District Attorney, New York (David Gagne of counsel), for respondent.

Appeal from order, Supreme Court, New York County (Ruth Pickholz, J.), entered on or about September 5, 2023, which denied defendant's motions to modify a protective order issued by the same court (Curtis Farber, J.), on or about July 30, 2021, during a criminal proceeding against him and to unseal the related transcript, unanimously dismissed as taken from a nonappealable order.
Defendant's motions, filed in Supreme Court, Criminal Term, sought to unseal a hearing transcript and, pursuant to CPL 245.70(5), to modify a protective order issued during the pendency of his now completed criminal action (see People v Perry, 231 AD3d 492 [1st Dept 2024]). The order, therefore, arose out of a criminal proceeding (see CPL 1.20 [18][b]; People v Hurley, 47 AD3d 488 [1st Dept 2008]), and "no appeal lies from an order arising out of a criminal proceeding absent specific statutory authorization" (People v Santos, 64 NY2d 702, 704 [1984]). Nothing in CPL article 450 authorizes an appeal from an order denying a motion to modify a protective order made pursuant to CPL 245.70(5). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 6, 2025